# EXHIBIT A

| | |
|---|---|
| District Court, Arapahoe County, Colorado<br>7325 S. Potomac St.<br>Centennial, CO 80112 | DATE FILED: January 14, 2022 1:50 PM<br>FILING ID: D3F6494D70F3D<br>CASE NUMBER: 2022CV30070 |
| DAN HAMILTON,<br>Individually and on behalf of all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | COURT USE ONLY |
| David H. Miller, Atty Reg. 8405<br>Victoria E. Guzman, Atty Reg. 55401<br>THE SAWAYA & MILLER LAW FIRM<br>1600 Ogden Street<br>Denver, Colorado 80218<br>Phone: (303) 551-7667<br>Facsimile : (303) 832-7102<br>dhmiller@sawayalaw.com<br>vguzman@sawayalaw.com<br>*Attorneys for the Plaintiff* | Case No:<br><br>Division: |
| INDIVIDUAL AND CLASS ACTION COMPLAINT | |

The Plaintiff, Dan Hamilton ("Plaintiff"), individually and on behalf of all others similarly situated, by and through the undersigned counsel from the Sawaya & Miller Law Firm, pursuant to the Colorado Wage Act, C.R.S. 8-4-101 et seq., ("CWA"), as his Individual and Class Action Complaint against the Defendant, Amazon.com Services, LLC, a Delaware Limited Liability Corporation ("Amazon" or "Defendant"), states as follows:

## PARTIES

1.      At all times relevant to this complaint, Plaintiff performed all services and work for the Defendant in Arapahoe County, Colorado. Plaintiff resides in Denver County, Colorado.

2.      Plaintiff's counsel, the Sawaya & Miller Law Firm, is located at 1600 Ogden Street, Denver, Colorado 80218.

3.      The Defendant is a Delaware limited liability company, with its principal place of business in Washington state.

4.      At all times relevant to this complaint, Defendant was registered with the Colorado Secretary of State to do business in Colorado and in fact did do business in Colorado. The Defendant's registered agent is located at 1900 W. Littleton Boulevard, Littleton, CO 80120.[1]

## JURISDICTION AND VENUE

5.      This Court has original jurisdiction over this civil action pursuant to Article 6 § 9(1) of the Colorado Constitution.

6.      Venue is proper under C.R.C.P. 98 (b) and (c) because the Defendant conducts their business within this District, all services and all work from Plaintiff that are the subject matter of this Complaint were provided in this District, and the Plaintiff seeks a penalty under the C.R.C.P. Rule 98(b)(1).

## STATEMENT OF FACTS

7.      In or about November of 2017, the Plaintiff was hired by the Defendant as a temporary hourly employee at one of Defendant's warehouse locations situated in Aurora, Colorado, called DEN5.

8.      Defendant operates several such warehouses employing hundreds or even thousands of hourly employees in Colorado that are part of its widespread fulfillment network that conducts a shopping business throughout the U.S. and the world.

9.      The Defendant currently runs at least the following warehouses in Colorado:

   a.  DEN5 – 19799 E. 36th Dr., Aurora, Arapahoe County, CO 80011

   b.  DDV5 – 2889 Himalaya Rd, Aurora, Arapahoe County, CO 80011

   c.  DEN2 – 22205 E. 19th Ave., Aurora, Adams County, CO 80019

   d.  DEN3 – 14601 Grant St., Thornton, Adams County, CO 80023

   e.  DCS3 – 4304 Grinnell Blvd., Colorado Springs, El Paso County, CO 80925

---

[1] Defendant has changed its registration name four times in the last four years, but is currently registered as Amazon.com Services, LLC.

2

10.    The Plaintiff became a permanent employee on March 25, 2018.

11.    Throughout his employment, the Defendant offered the Plaintiff various incentive payment structures to encourage him to work additional shifts, stay late during his scheduled shifts, etc.

12.    These incentive payments included daily incentive payments, such as Surge Premium payments for working on certain days and time and a half for working on designated Company Holidays ("Holiday Incentive").

13.    The Surge Premium payments ranged from approximately an additional $2 per hour to approximately an additional $7.50 per hour for every hour worked on the designated day.

14.    On information and belief, the Defendant's Company Holidays are New Year's Day, Martin Luther King Jr. Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day. The Defendant offered to pay time and a half for all hours worked on a Company Holiday, regardless of how many hours the employee worked each week.

15.    Both the Surge Premium payments and the Holiday Incentive payments functioned as shift differentials under Colorado law.

16.    Colorado law follows the FLSA definition and overtime calculation method of "shift differentials."

17.    In the Defendant's Holiday Pay Policies, the Defendant acknowledged that "[o]nly hours that are actually worked on a company holiday are considered 'hours worked' in the calculation of overtime pay." Exhibit 1: Amazon's Policy: Holiday Pay – US.

18.    Despite this, the Defendant labelled time worked on Company Holidays as "Holiday O/T" regardless of how many hours the Plaintiff had worked during a particular work week.

19.    The Defendant paid time and a half based on the Plaintiff's agreed upon rate for those hours worked on Company Holidays, but did not count hours worked on a Company Holiday toward weekly overtime and did not include the Plaintiff's Holiday Incentive in the calculation of the Plaintiff's regular rate for that week. See Exhibit 2: The Plaintiff's Holiday Paystubs.

20.    As a result, the Defendant failed to pay the Plaintiff all overtime earned under the CWA in any week he worked in excess of 40 hours and on a Company Holiday.

21.    It appears that the Defendant did calculate Surge Premium payments as shift differentials when the Plaintiff worked overtime, but the method of calculation is confusing and impossible to verify without complex math. For example, when the Plaintiff worked 59.95 hours in one week, with 9.75 of those hours at a Surge Premium of $3 per hour, the Defendant paid the Plaintiff time and a half for 19.95 hours, plus an additional $0.244 per hour for those 19.95 hours.

3

22.    As such, the Defendant was aware that it was required to include additional payments, such as shift differentials, in its calculations for overtime, and yet it failed to do so for Holiday Incentive shift differentials.

23.    On information and belief Defendant's pay policy described above was uniform with respect to all classes of U.S. non-exempt hourly employees who worked in AMZL Workplaces and Fulfillment Centers throughout Colorado.

24.    The Plaintiff brings this action on his own behalf and on behalf of all such Amazon hourly workers who worked overtime during weeks they worked on Company Holidays.

**CLASS ALLEGATIONS**

25.    The Plaintiff hereby incorporates the allegations in each of the foregoing paragraphs as though fully set forth herein.

26.    In addition to bringing his claims individually, the Plaintiff also brings this case as a class action under C.R.C.P. 23 on behalf of the following Class Members:

> All classes of U.S. non-exempt hourly employees who worked in AMZL workplaces and Fulfillment Centers throughout Colorado who worked more than 40 hours during weeks in which they also worked on a Company Holiday, dating back three years from the date of filing.

27.    The Class satisfies the prerequisites and requirements of C.R.C.P. 23 because:

a.    The Class consists of at least hundreds if not thousands of employees, and individual joinder of all such employees is impracticable but easily determinable through the employment records of the Defendant;

b.    There are questions of law and fact that are common to the Class, which questions predominate over issues affecting only individual Class Members, including:

  i.    Whether Amazon had a policy or practice of failing to properly compensate hourly employees for overtime worked during weeks they worked on a Company Holiday;

  ii.    Whether Amazon's policies or practices violated the CWA;

  iii.    The nature of the damages due to Class Members for Amazon's violations of the CWA; and

  iv.    Whether Amazon's violations of the CWA were willful.

    c.  The Plaintiff's claims are typical of the Class Members' claims in that, like all other members of the purported class, and for the same reasons, he was not properly paid overtime during weeks he worked on Company Holidays.

    d.  The Plaintiff will fairly and adequately protect the interests of the Class. He has retained counsel that is experienced in wage and hour class litigation. The Plaintiff and his counsel are free from any conflicts of interest that might prevent them from pursuing this action on behalf of the Class.

28.    The prosecution of this case as a class action is superior to other methods of adjudication. The prosecution of separate actions by individual Class Members would create a risk of inconsistent or varying adjudications which would establish incompatible standards of conduct for Amazon and potentially conflicting results for up to thousands of individual workers in matters involving relatively small individual amounts of damages.

29.    Adjudications with respect to individual Class Members would as a practical matter be dispositive to the interests of the other Class Members or substantially impair or impede their ability to protect their interests.

30.    Moreover, Amazon has acted on grounds generally applicable to the Class.

31.    On information and belief, no Class Member has expressed any interest in controlling the prosecution of a separate action or commenced their own litigation.

32.    Because of the uniformity of claims alleged in this Complaint and the fact that the class claims will be the subject of representative documentary evidence and testimony that the law requires the Defendant to maintain with respect to all class members, this matter will be easy for the Court to manage within this jurisdiction and venue.

### COUNT I:
### OVERTIME COMPENSATION
### Failure to Include Holiday Incentives in the Regular Rate

33.    The Plaintiff hereby incorporates the allegations in each of the foregoing paragraphs as though fully set forth herein.

34.    When paying time and a half, the employer must take in consideration all payments received for work completed that week, and cannot simply pay time and a half of the employee's agreed upon rate if the employee receives additional compensation such as shift differentials.

35.    The Defendant offered the Plaintiff and the Class Members time and a half for all hours worked on a Company Holiday, regardless of whether the Plaintiff or the Class Members worked overtime that week.

36.    The Holiday Incentive payments were shift differentials paid at the rate of time and a half of the Plaintiff and Class Members' agreed upon rate.

37.    In weeks that the Plaintiff worked on a Company Holiday and worked more than 40 hours, the Defendant failed to include the Holiday Incentive pay in the calculations for the regular rate for the purposes of calculating the overtime premium due, and failed to include hours worked on a Company Holiday in the total calculation of overtime hours.

38.    Using the same method of calculation for each week, the Defendant failed to properly calculate the Plaintiff's overtime and thus failed to pay all wages owed during three separate weeks.

39.    During the week of November 24, 2019, the Plaintiff worked 46 hours, 8.98 of which were spent working on Thanksgiving Day. The Plaintiff additionally spent 3.75 hours working a Surge Premium shift. Despite this, only 3 hours of overtime were accounted for in calculating the Plaintiff's overtime payments for the Surge Premium shift differential and the Holiday Incentive shift differential was not accounted for at all.

40.    During the week of September 6, 2020, the Plaintiff worked 53.72 hours, 11.3 of which were spent working on Labor Day. The Plaintiff additionally spent 10.93 hours working a Surge Premium shift. Despite this, only the Surge Premium shift differential was accounted for in calculating the Plaintiff's overtime payments.

41.    During the week of November 22, 2020, the Plaintiff worked 59.93 hours, 10.55 of which were spent working on Thanksgiving Day. The Plaintiff additionally spent 9.32 hours working a Surge Premium shift. Despite this, only 9.38 hours of overtime were contemplated in calculating the Plaintiff's overtime payments for the Surge Premium shift differential and the Holiday Incentive shift differential was not accounted for at all.

42.    Under the CWA, the Plaintiff's overtime rate should have been calculated by first determining his regular rate of pay based on the total compensation paid (including the Holiday Incentive payments and the Surge Premium payments) divided by the total hours worked.

43.    Each of the weeks the Plaintiff worked in excess of 40 hours and on a Company Holiday, the Defendant erroneously failed to properly calculate the Plaintiff's total compensation, and as such failed to pay the Plaintiff all overtime compensation earned.

44.    The Plaintiff and the Class Members were not exempt from having to be paid overtime when working over 40 hours per week. The Plaintiff and the Class Members, however, did not receive all the overtime pay to which they were entitled under the law.

45.    The Plaintiff worked overtime and on a Company Holiday during the weeks of November 24, 2019, September 6, 2020, and November 22, 2020, but was not paid properly for the various shift differentials offered to him, resulting in lost overtime wages of at or approximately $143.54.

6

46.     The Class Members are owed similar amounts.

47.     Plaintiff and the Class Members are owed their overtime, penalties, and the reasonable costs and attorney's fees of this litigation pursuant to the CWA.

## DEMAND FOR JURY TRIAL

48.     The Plaintiff demands a trial by jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, individually and on behalf of the Class Members, respectfully asks that the Court enter judgment against the Defendant and award the Plaintiff and the Class Members:

A. As soon as practicable, certification of this case as a class action under C.R.C.P. 23, appointment of the Plaintiff as class representative and the undersigned attorneys from the Sawaya & Miller Law as class counsel, and notice of the action to all Class Members;

B. A declaratory judgment condemning the Defendant's willful violations of the CWA;

C. A preliminary injunction prohibiting the Defendant from continuing any illegal wage and hour policies and practices of failing to pay proper compensation for overtime work;

D. A permanent injunction prohibiting the Defendant from continuing any illegal wage and hour policies and practices of failing to pay proper compensation for overtime work;

E. Back wages reflecting the overtime compensation due to the Plaintiff and the Class Members;

F. A finding that Defendant's behavior was willful;

G. All applicable statutory damages and penalties provided under the CWA;

H. A service payment to the Plaintiff for his services to the Class Members;

I. Reasonable attorney's fees incurred in bringing this action;

J. The costs of this action;

K. Pre- and post-judgment interest;

L.  An order requiring the Defendant to pay the costs of administering any and all payments awarded to the Class Members by the Court; and

M.  Any other and further relief that may be equitable and just.

Respectfully submitted,

*/s/ David H. Miller*

David H. Miller (8405)
Victoria Guzman (55401)
**Sawaya & Miller Law Firm**
1600 Ogden Street
Denver, Colorado 80218
303-551-7667
dhmiller@sawayalaw.com
vguzman@sawayalaw.com

*Attorneys for Plaintiff Dan Hamilton, individually and on behalf of all others similarly situated*

8

## Amazon Policies

EXHIBIT 1

Policies home

# Amazon policies

DATE FILED: January 14, 2022 1:50 PM
FILING ID: D3F6494D70F3D
CASE NUMBER: 2022CV30070

Welcome to the Amazon A to Z policies homepage. This page provides off-network access to select policies for employees.

Amazon believes that easy access to the policy information you need is important. Therefore, policies will be continually added to this page. If you don't find the policy you need, explore Inside Amazon: Policies (available while on the Amazon network only.)

| | |
|---|---|
| Employee conduct | > |
| Hours and pay | > |
| Leave and time off benefits | > |
| Safety and health | > |

## Amazon Policies    Home

Policies home  >  Hours and pay  >  Policy: Holiday Pay - US

# Policy: Holiday Pay - US

Last Revised: 07/21/2021

Amazon observes 7 days as paid company holidays, dependent on employee class. This policy describes how Amazon pays employees for holidays, including holidays that are not worked and holidays that are worked.

## Applicability

This policy applies to all employees based in the US, across all lines of business. Check the eligibility section for further information.

## Policy Contents

Eligibility

Company holidays

Holiday pay

Working on holidays

Exceptions

## Eligibility

Eligibility for holiday pay depends on employee class.

These classes of employees are eligible for holiday pay:

- Regular full-time employees (Class F)
- Reduced-time employees who work 30-39 hours (Class R)
- Part-time employees who work 20-29 hours (Class H)
- Salaried interns (I)

These classes of employees are not eligible for holiday pay. These classes are only eligible for pay when working on a company holiday, which is paid at time and a half.

- Seasonal employees (S)
- Flex-time employees who work less than 20 hours per week (Class X)
- Part-time field employees who work 20-29 hours per week (Class Q)
- In-house temporary staffing employees (ITS) (Class M)
- Hourly interns (I)

## Company holidays

Our paid holidays at Amazon include the following days:

- New Year's Day (January 1)
- Martin Luther King Jr. Day (January – third Monday)
- Memorial Day (May – last Monday)
- Independence Day (July 4)
- Labor Day (September – first Monday)
- Thanksgiving Day (November – fourth Thursday)
- Christmas Day (December 25)

For corporate employees, when a holiday falls on a weekend, the company holiday will be observed on a different calendar day. If the holiday falls on a Saturday, the company holiday will be observed 1 day prior, on Friday. If the holiday falls on a Sunday, the company holiday will be observed 1 day later, on Monday.

For corporate employees working in California, the following day is also a paid holiday: Christmas Eve (December 24).

## Holiday pay

Eligible employees are paid their regular pay rate on company holidays regardless of whether or not they work on the holiday. Your schedule type determines how many hours of holiday pay you receive for each company holiday.

- Full-time, regular employees (Class F) receive 8 hours of holiday pay.
- Reduced-time employees (Class R) receive 6 hours of holiday pay.
- Part-time employees (Class H) receive 4 hours of holiday pay.

Holiday hours are not considered "hours worked" and are not used in the calculation of overtime. Only hours that are actually worked on a company holiday are considered "hours worked" in the calculation of overtime pay.

## Working on holidays

Employees may be scheduled to work on company holidays. If you are an eligible hourly employee and your shift starts on a company holiday, you will receive holiday pay plus time and a half for the hours worked.

- Example: Jordan starts their 8-hour shift at 10 p.m. on Monday (Memorial Day) and works until 6 a.m. on Tuesday. They are paid holiday pay, plus time and a half for the 8 hours they worked on the company holiday.

Salaried, exempt employees (including salaried interns), do not receive time and a half pay for working on a company holiday.

## Exceptions

If you wish to recognize holidays that are not included in this policy, you may request to use one

of your time off options. Examples of time off options include, but are not limited to, Paid

Personal Time, Vacation, or Unpaid Time off. These requests must adhere to the expectations described in those policies. Time off options may vary based on your employee class, and where you live and work. To understand your time off options, speak with your HR representative or contact the Employee Resource Center at 1-888-892-7180.

You will not receive holiday pay while on any Leave of Absence (LOA), but you will receive your approved paid leave benefit. Examples of paid benefits include Short-term Disability (STD) or Parental Leave.

This policy will be applied in a way that is consistent with applicable laws, including those laws that pertain to leave and accommodation. This policy may change from time to time, with or without advance notice, and Amazon reserves the right to depart from the policy when deemed appropriate.

> This policy may change time to time, with or without advance notice and Amazon reserves the right to depart from the policy when deemed appropriate.

## Feedback

Was this article helpful?    [ Yes ]    [ No ]

### Amazon Policies        Home

Policies home  >  Hours and pay  >  Policy: Extra Time (FC and AMZL)- US

# Policy: Extra Time (FC and AMZL) - US

Last Revised: 08/06/2021

Amazon sometimes experiences increases in customer demand or other business conditions that affect operations.  When our business requires extra time, we meet our customer needs by offering our employees Voluntary Extra Time (VET) and requiring Mandatory Extra Time (MET).

## Applicability

This policy is applicable in the US, for AMZL workplaces and Fulfillment Centers. Check the eligibility section for further information.

## Policy Contents

Eligibility

Overview

Voluntary Extra Time (VET)

Mandatory Extra Time (MET)

## Eligibility

All classes of US non-exempt, hourly employees who work in AMZL and Fulfillment Centers are eligible.

## Overview

When Amazon faces an extra time need in order to meet customer expectations, we attempt to meet those needs through offering VET to employees. Even with these efforts, you may be required to work MET.

Amazon pays overtime according to federal and state regulations. Hourly associates generally receive overtime pay at a rate of one and a half times their regular hourly rate. Unless otherwise required by state or local law, holiday pay credit, vacation, and paid personal time are not "hours worked" for the purposes of calculating overtime.

Your health and safety are important. We have limitations on how many hours you work each workweek, and this applies to both mandatory and voluntary work. The workweek begins on Sunday and ends on Saturday. You cannot work more than 60 hours in 1 workweek, or 12 hours in 1 day, regardless of your shift. Hours beyond these limits require Vice President approval. These cases are reviewed on an individual basis.

## Voluntary Extra Time (VET)

### Notice

We provide notice of VET in different ways based on the options available at your work location. We may use Labor Scheduling, in-person communication, message boards or TVs in the workplace, email, or text message.

If your work location uses Labor Scheduling:

- Managers use Labor Scheduling to create a VET opportunity and offer it to eligible employees based on business rules.
- You may sign up on a first come, first serve basis, either onsite or offsite in these ways:
  - Onsite: Sign up through scanners, MyTime kiosks, workstations, and Amazon A to Z zones.
  - Off-site: If you are eligible and opted in for Amazon A to Z notifications, you will get a text or email alert about the VET opportunity. Accept the opportunity through Amazon A to Z.

If your work location does not use Labor Scheduling:

- Managers offer extra time to their entire team and make a list of Amazon volunteers.
- If there are more volunteers than needed, a random selection process is followed and regular Amazon employees are prioritized.

### Attendance

When you sign up for a VET opportunity, you commit to work that time. All expectations described in the attendance policy apply to VET. Missed VET must be covered with one of your applicable time off options to avoid consequences under the attendance policy. VET is treated like all other scheduled work time and you are expected to adhere to the start time, break, and lunch schedule of the shift.

To ask for an exception to the VET attendance expectations, contact your HR representative or the Employee Resource Center (ERC) at 1-888-892-7180.

## Mandatory Extra Time (MET)

### Notice

We provide notice of MET in different ways based on the options available at your work location. We may use in-person communication, message boards or TVs in the workplace, email, or text message. To help everyone plan ahead, we try hard to provide MET notice as far in advance as possible. MET notice will be given by no later than the start of your lunch break on the scheduled shift prior to the day in which MET is required . For example, if MET is being scheduled for Friday, you will be notified by the start of your lunch break on Thursday.

### Attendance

All expectations described in the attendance policy apply to MET. Missed MET must be covered with one of your applicable time off options to avoid consequences under the attendance policy. Examples of time off options include Vacation and Paid Personal Time (PPT). MET is treated like all other scheduled work time and you are expected to adhere to the start time, break, and lunch schedule of the shift.

### Exceptions

You are not required to work MET in these situations:

- You are not at work from the time the MET is called to the time of the scheduled MET.
- Prior to the MET announcement, you were approved for a time off option such as Vacation or Paid Personal Time (PPT) for the day before or after MET.

If you are unable to work the MET shift due to a prescheduled conflict, notify your manager and HR representative as soon as reasonably possible to request an exception or the application of an available time off option.

> This policy may change time to time, with or without advance notice and Amazon reserves the right to depart from the policy when deemed appropriate.

## Feedback

Was this article helpful?    ( Yes )    ( No )



Search...

UNITED STATES | ENGLISH

Welcome, Dan Hamilton

**About Amazon     Employment     Libraries     My Workplace     Services     Toolkit**

English  >  Employment – US  >  Policies – US

# Policies – US ✉ |Managed by: Global HR

Edited on: 08/16/2021 ____

Welcome to the US Policies and Guidelines homepage. To begin, review the Policy: Owner's Manual and Guide to Employment. You can then visit the applicable individual policies listed below.

Visit Getting HR Help for answers to common questions and contact information for the Employee Resource Center.

ı this page
- US policies
- US Customer Service (CS) policies
- US Virtual Customer Service (VCS) policies
- US Fulfillment Center (FC) policies
- Seasonal associate policies
- Global Specialty Fulfillment (GSF) policies
- Amazon Physical Stores policies
- Amazon Field Sales policies
- Amazon Smart Home Services policies
- Amazon Air policies
- Amazon Devices
- Related resources

## US policies

- Accident Reports
- Background Check
- Bereavement
- Code of Business Conduct and Ethics
- Dogs at Work
- Damage or Loss to Employees' Personal Property While at Work or Traveling
- Dress and Grooming Standards for Non-Customer Facing Roles (WW Ops) Policy
- Dress and Grooming Standards for Non-Customer Facing Roles (WW Ops) SOP
- Dress and Grooming Standards for Customer-Facing Roles (Ops) Policy
- Equal Employment Opportunity
- Employment Reference
- Flexible Work Arrangements
- Global Anti-Harassment
- Holiday Pay
- Insider Trading
- Internal Corporate Communications: Amazon Posters
- Jury and Witness Duty
- Labor and Employment Workplace Posters
- Lactation Accommodation Policy
- Large Email List
- Leave: includes Medical Leave, Parental Leave, Personal Leave, and all other leave types.
  - Visit Accommodation Resources for policy information on accommodations due to an employee medical restriction or limitation.
- Mechanical Turk
- Medical Accommodations
- Off Duty
- Paid Personal Time Off Policy
- Paid Time Off: includes bereavement, jury and witness duty, sick time, personal time, vacations and holiday pay, and state-specific policies.
- Part Time Work Arrangements

- Use of Amazon Facilities
- Voting Time-Off
- Weapons in the Workplace
- Work from Home Outage
- Working Hours (Non-Exempt/Hourly)

## US Customer Service (CS) policies

- Attendance
- Bereavement (Regular CS)
- Bereavement (Seasonal CS)
- Consensual Relationship
- Cell Phone Standards
- Computer Use
- Customer and Account Phone Security Adherence
- Drugs and Alcohol
- Employee Referral
- Extra Time
- Good Standing and Warning Timeline
- Holiday Blockout
- Holiday Pay Guidelines
- Internal Transfer and Promotion
- Language Premium
- Physical Locations Associate Outage Guidelines
- Physical Locations Outage Policy
- Seasonal and Reserves Associate Bonus – US (CS)
- Secure Workspace Policy
- Shift Differential Guidelines
- Tobacco Use
- Vacation – California
- Voluntary Time Off
- Work from Home

Visit Policies (CS) for additional policies and information.

## US Virtual Customer Service (VCS) policies

- Attendance
- Extra Time
- Paid Time Off
- VCS Outage
- Voluntary Time Off
- Work From Home

Visit Policies (VCS) ⬀ for more information on policies, benefits, pay, and additional
resources for VCS employees.

## US Fulfillment Center (FC) policies

- Appeals
- Attendance
- Cell Phone Use
- Computer Use
- Consensual Relationship
- Drugs and Alcohol
    - Department of Transportation Drug and Alcohol Policy
- Extra Time
- Holiday Blockout
- Holiday Pay Guidelines
- Internal Hourly Transfer/Promotion
- MyFlex Pay
- NAFC Security Standards of Conduct
- Off-Site Parking and Commuting
- Specialty Operations: Surge Shift Premium
- Temporary Schedule Adjustments
- Travel Time
- Vacation – California
- US, Canada, and Mexico Ops Temp Location Closure Pay
- US, Canada, and Mexico Ops Temp Location Closure Pay SOP
- Variable Compensation Plan Eligibility
- Voluntary Time Off

Visit Policies (FC) for more information.

## Seasonal associate policies

- Approved Time-Off
- FC Seasonal Attendance
- Paid Personal Time Policy for Internal Temporary Solutions Employees (applicable only to these employees)
- Seasonal Attendance Policy (Fixed Schedule)

## Global Specialty Fulfillment (GSF) policies

- Ready Attendance Policy
- Progressive Discipline
- Standard Work and Progressive Discipline (Prime Now Shopper Network)

### Locker+ policies

- Amazon Campus: Drug and Alcohol Policy
- Amazon Campus: Furlough
- Attendance Guide
- Cell Phone Use
- Code of Business Conduct and Ethics
- Consensual Relationship
- Computer Use

- Equal Employment Opportunity
- Extra Time
- Holiday Blockout
- NAFC Security Standards of Conduct
- Tobacco
- Voluntary Time Off
- Workplace Global Anti-Harassment Policy

### Prime Now shopper network (3P/Copperfield)

- Standard Work and Progressive Discipline Policy
- WFM Shopper Code of Conduct

## Amazon Physical Stores policies

Amazon Physical Stores include Books, Go, 4-star, Presented by Amazon, and more.

- Visit Amazon Policy for all other Physical Stores policies. Expand the **Amazon Books** folder on the left-hand side and select **HR Policies**.

## Amazon Field Sales policies

Visit Amazon Field Sales ⌐ for additional policies applicable to Field Sales employees.

## Amazon Smart Home Services policies

- ASHS Introductory Probationary Period
- Dress and Grooming
- Drug and Alcohol
- Gratuity
- Overtime Guidelines
- Time and Attendance
- Vehicle Code of Conduct
- Introductory Probationary Period
- Inclement Weather
- Code of Conduct ⌐

## Amazon Air policies

- Seasonal Associates
- Building Closures
- Employee Screening
- Flexible Scheduling
- Internal Transfers
- Attendance Policy
- Open Door Policy
- Drug and Alcohol
- Safety Standards of Conduct ⌐

- SIDA Badging

## Amazon Devices

- Time and Attendance (AMDS)
- Time and Attendance (ADS)

## Related resources

- COVID-19 Ordinances
- Compliance
- Getting Started
- Onboarding
- Travel for Work
- Welcome New Hires

## Feedback

Was this article helpful?    Yes    No

 amazon

**HELP**

**Employee Resource Center**

Please contact the Employee Resources Center (ERC) to get HR help with policy or any employment related questions or use our self-service resources.

Phone: +1-888-892-7180 (toll-free)

**Code of Conduct Reporting**

Amazon employees should always act lawfully, ethically, and in the best interests of Amazon in performing their job duties. To report violations of the Code of Conduct and Ethics, contact Amazon's Ethics Line.

Phone: +1-877-781-2414

**Inside Amazon Help**

New Inside Amazon Features

**SECURITY QUESTIONS OR ISSUES**

**Emergencies**
Call 911 or your local emergency number

**Business Assurance Center**

Please contact the Business Assurance Center (BAC); to report security, safety and business continuity issues for all Corporate sites, as well as all business traveler safety related events regardless of location:

Phone +1 (206) 740-SAFE (7233)

Toll Free: +1 (800) 929-1896

Email: BAC@amazon.com

**Global Security Operations Center (GSOC)**

Please contact the Global Security Operations Center (GSOC); to report security, safety or business continuity issues for Operations Sites-Fullfillment Centres (FC's) and Customer Service Centers (CS's)

Phone: (206) 266-6066(x66066)

Toll Free: +1 (877) 426-2966

Email: GSOC@amazon.com

**Amazon Web Service Security Operations Center (AWS SOC)**

Please contact the Amazon Web Services (AWS) Security Operations Center (AWS SOC); to report security issues for all AWS data centre locations:

Phone +1 (206) 740-4812

Email: aws-soc@amazon.com or aws-soc-eu@amazon.com

Page last updated Amazon.com Confidential

| CO. Y1K | FILE 185931 | DEPT. 118200 | CLOCK 1085 | VCHR. NO. 0000502900 | 1 |
|---------|-------------|--------------|------------|----------------------|---|

7833-0003

# Earnings Statement

**ADP**

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| Period Beginning: | 11/24/2019 |
|---|---|
| Period Ending: | 11/30/2019 |
| Pay Date: | 12/06/2019 |

**EXHIBIT 2**

DATE FILED: January 14, 2022 1:50 PM
FILING ID: 3D
CASE NUMBER: 2022CV30070

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
CO: 0

DAN HAMILTON
DENVER CO 80224

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 34.02 | 510.30 | 19,232.70 |
| Overtime | 22.5000 | 3.00 | 67.50 | 67.50 |
| Health Pay | | | 9.62 | 471.38 |
| Holiday O/T | 22.5000 | 8.98 | 202.05 | 884.93 |
| Holiday Pay | 15.0000 | 4.00 | 60.00 | 360.00 |
| O/T Premium | 0.2200 | 3.00 | 0.66 | 0.66 |
| O/T Premium 2 | 0.1046 | 3.00 | 0.31 | |
| Surge Prm@$5 | 5.0000 | 3.75 | 18.75 | 18.75 |
| Gift Gross Up | | | | 91.30 |
| Pd Suspension | | | | 60.00 |
| **Gross Pay** | | | **$869.19** | 21,187.53 |

Your federal taxable wages this period are $869.19

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 46.00 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -95.51 | 1,942.65 |
| | Social Security Tax | -53.89 | 1,313.63 |
| | Medicare Tax | -12.60 | 307.22 |
| | CO State Income Tax | -36.86 | 820.52 |
| | Aurora Income Tax | | 22.00 |
| | **Other** | | |
| | Roth | -34.38 | 785.14 |
| | Gift Cert | | 60.00 |
| | **Net Pay** | **$635.95** | |
| | Checking Dep. | -635.95 | |
| | **Net Check** | **$0.00** | |

Correction: 3.00 OT Hours for 11/24/19 - 11/30/19

© 2000 ADP, LLC

AMAZON.COM SERVICES INC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

| Advice number: | 00000502900 |
|---|---|
| Pay date: | 12/06/2019 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAN HAMILTON | xxxxxxxx2899 | xxxx xxxx | $635.95 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| Y1K | 185931 | 118200 | 1085 | 0000387554 | 1 |

710-0003

*AMAZON.COM SERVICES LLC*
*ATTN: AMAZON PAYROLL*
*202 WESTLAKE AVE N*
*SEATTLE, WA 98109*

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:          0
CO:               0

# Earnings Statement



Period Beginning:      09/06/2020
Period Ending:         09/12/2020
Pay Date:              09/18/2020

**DAN HAMILTON**

**DENVER CO 80224**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 15.0000 | 28.70 | 430.50 | 15,589.05 |
| Overtime | 22.5000 | 13.72 | 308.70 | 884.71 |
| Health Pay | | | 9.62 | 365.56 |
| Holiday O/T | 22.5000 | 11.30 | 254.25 | 693.46 |
| O/T Premium | 0.5087 | 13.72 | 6.98 | 323.85 |
| Surge Prm@$5 | 5.0000 | 10.93 | 54.65 | 649.45 |
| Additionalpay | | | | 1,091.86 |
| Double Time | | | | 3,940.20 |
| Gift Gross Up | | | | 483.82 |
| Holiday Pay | | | | 120.00 |
| Personal Time | | | | 600.00 |
| Surge Prm@$3 | | | | 16.26 |
| **Gross Pay** | | | **$1,064.70** | 25,097.25 |

## Deductions

| Deductions | Statutory | | this period | year to date |
|------------|-----------|--|-------------|--------------|
| | Federal Income Tax | | -137.20 | 3,019.15 |
| | Social Security Tax | | -66.01 | 1,556.03 |
| | Medicare Tax | | -15.44 | 363.91 |
| | CO State Income Tax | | -45.73 | 1,027.90 |
| | Aurora Income Tax | | | 18.00 |
| | **Other** | | | |
| | Roth | | -42.20 | 916.23 |
| | Ach Same Day | | | 11.43 |
| | Gift Cert | | | 317.99 |
| | **Net Pay** | | **$758.12** | |
| | Checking Dep. | | -758.12 | |

Net Check          $0.00

Correction: 13.72 OT Hours for 09/06/20 - 09/12/20

Your federal taxable wages this period are
$1,064.70

**Other Benefits and**
**Information**                 this period    total to date
Personal                        7.26
Tot Work Hours                  53.72

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

**Advice number:**      00000387554
Pay date:                09/18/2020

THIS IS NOT A CHECK

Deposited to the account of       account number    transit ABA         amount
DAN HAMILTON                       xxxxxxxx2899      xxxx xxxx          $758.12

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| AAK | 276438 | 118200 | 1085 | 0000506015 | 1 |

16274-0003

*AMAZON.COM SERVICES LLC*
*PO BOX 80726 SEATTLE, WA 98108*

# Earnings Statement

**ADP®**

| Period Beginning: | 11/22/2020 |
|---|---|
| Period Ending: | 11/28/2020 |
| Pay Date: | 12/04/2020 |

Taxable Marital Status:    Single
Exemptions/Allowances:
Federal:        0
CO:            0

**DAN HAMILTON**
▮▮▮▮▮▮▮▮▮▮
**DENVER CO 80224**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.7500 | 40.00 | 670.00 | 3,354.31 |
| Overtime | 25.1250 | 9.38 | 235.67 | 718.19 |
| Holiday O/T | 25.1250 | 10.55 | 265.07 | 265.07 |
| Holiday Pay | 16.7500 | 8.00 | 134.00 | 134.00 |
| O/T Premium | 0.2333 | 9.38 | 2.19 | 17.30 |
| Surge Prm@$3 | 3.0000 | 9.32 | 27.96 | 27.96 |
| Personal Time | | | | 271.18 |
| Surge Prm@$5 | | | | 139.50 |
| Voting Time | | | | 33.50 |
| **Gross Pay** | | | **$1,334.89** | 4,961.01 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -196.64 | 595.13 |
| | Social Security Tax | -82.76 | 307.58 |
| | Medicare Tax | -19.35 | 71.93 |
| | CO State Income Tax | -58.24 | 204.77 |
| | Aurora Income Tax | | 4.00 |
| | **Other** | | |
| | Roth | -53.40 | 1,150.65 |
| | **Net Pay** | | **$924.50** |
| | Checking Dep. | -924.50 | |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are
$1,334.89

**Other Benefits and**
**Information**

| | this period | total to date |
|---|---|---|
| Personal Balnce | 8.25 | |
| Tot Work Hours | 59.93 | |
| Vacation | 11.90 | |

**Important Notes**
206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

Correction: 9.38 OT Hours for 11/22/20 - 11/28/20

© 2000 ADP, LLC

AMAZON.COM SERVICES LLC
PO BOX 80726 SEATTLE, WA 98108

| Advice number: | 00000506015 |
|---|---|
| Pay date: | 12/04/2020 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DAN HAMILTON | xxxxxxxx2899 | xxxx xxxx | $924.50 |

**NON-NEGOTIABLE**